**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRUCE SMITH,

      Plaintiff,

                                CASE NO.  08-10148

-vs-

                                PAUL D. BORMAN

CORRECTIONAL MEDICAL SERV.,      UNITED STATES DISTRICT JUDGE

      Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF
(1) PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES
AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF (2)
PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**

      Before the Court is Plaintiff's Motion for Reconsideration of the Court's January 22, 2008, Order Denying Plaintiff's Application to Proceed without Prepayment of Fees and Application for Appointment of Counsel.  (Dkt. No. 4).

      Plaintiff requests the Court allow him to resubmit his application for the reason that he inadvertently forgot to fill certain pertinent sections.  The Court finds that Plaintiff shall be allowed to resubmit his Application to Proceed without Prepayment of Fees, however, there is no reason offered to reconsider Plaintiff's Application for Appointment of Counsel.

1

For these reasons, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's Motion for Reconsideration such that Plaintiff is allowed to resubmit his Application to Proceed without Prepayment of Fees. (Dkt. No. 6).

**SO ORDERED.**

                                         s/Paul D. Borman  
                                         PAUL D. BORMAN  
                                         UNITED STATES DISTRICT JUDGE

Dated: February 27, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 27, 2008.

                                         s/Denise Goodine  
                                         Case Manager