**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRUCE SMITH,

        Plaintiff,

                                  CASE NO.  08-10148

-vs-

                                  PAUL D. BORMAN
CORRECTIONAL MEDICAL SERV.,       UNITED STATES DISTRICT JUDGE

        Defendants.
_____/


**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF**
**(1) PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**
**AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF (2)**
**PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**


Before the Court is Plaintiff's Motion for Reconsideration of the Court's January 22, 2008,

Order Denying Plaintiff's Application to Proceed without Prepayment of Fees and Application for

Appointment of Counsel.  (Dkt. No. 4).

Plaintiff requests the Court allow him to resubmit his application for the reason that he

inadvertently forgot to fill certain pertinent sections.  The Court finds that Plaintiff shall be allowed

to resubmit his Application to Proceed without Prepayment of Fees, however, there is no reason

offered to reconsider Plaintiff's Application for Appointment of Counsel.

For these reasons, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's

Motion for Reconsideration such that Plaintiff is allowed to resubmit his Application to Proceed

without Prepayment of Fees. (Dkt. No. 6).

**SO ORDERED.**


s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
February 27, 2008.


s/Denise Goodine
Case Manager

2